UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24594-CIV-ALTONAGA/Goodman

**ELGIN HILLIARD, SR.**,

    Plaintiff,
v.

**CITY OF HIALEAH**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on the Clerk's notice regarding the outstanding Filing Fee [ECF No. 3], filed November 2, 2018. The Notice explains Plaintiff, Elgin Hilliard, Sr. has failed to pay the filing fee of $400.00 owed for filing a civil case [ECF No. 1], entered November 1, 2018.

Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **November 5, 2018**, Plaintiff shall remit the $400.00 in fees to the Clerk and file a notice of compliance notifying the Court of such remittance.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of November, 2018.

                                              *[signature]*
                                      **CECILIA M. ALTONAGA**
                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record