UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24594-CIV-ALTONAGA/Goodman

**ELGIN HILLIARD, SR.**,

    Plaintiff,
v.

**CITY OF HIALEAH**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on November 1, 2018, and to date, there is no indication in the court file that Defendants has been served with the summons and Complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **January 30, 2019**, Plaintiff shall perfect service upon the Defendants or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by January 30 will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record