AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Elgin Hilliard, Sr.<br><br>*Plaintiff(s)*<br>v.<br>CITY OF HIALEAH, HIALEAH POLICE DEPARTMENT, SERGIO VELAZQUEZ in his official capacity, HIALEAH HOUSING AUTHORITY, MAIDA GUTIERREZ, in her official capacity, and<br>*Defendant(s)* | Civil Action No. 1:18-CV-24594 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY OF HIALEAH
501 Palm Avenue
Hialeah, Florida 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  April S. Goodwin, Esq.
The Goodwin Firm
801 West Bay Dr. #705
Largo, FL 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 8, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Elgin Hilliard, Sr. <br><br> *Plaintiff(s)* <br> v. <br> CITY OF HIALEAH, HIALEAH POLICE DEPARTMENT, SERGIO VELAZQUEZ, HIALEAH HOUSING AUTHORITY, MAIDA GUTIERREZ, & RENE GUTIERREZ <br> *Defendant(s)* | Civil Action No. 1:18-CV-24594 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hialeah Housing Authority
c/o Lara Nelson, Registered Agent
75 East 6th Street
Hialeah, Florida 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    April S. Goodwin, Esq.
The Goodwin Firm
801 West Bay Dr. #705
Largo, FL 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 8, 2019

Angela E. Noble
Clerk of Court

SUMMONS

s/ Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Elgin Hilliard, Sr. <br><br> *Plaintiff(s)* <br> v. <br><br> CITY OF HIALEAH, HIALEAH POLICE DEPARTMENT, SERGIO VELAZQUEZ, HIALEAH HOUSING AUTHORITY, MAIDA GUTIERREZ, & RENE GUTIERREZ <br> *Defendant(s)* | Civil Action No. 1:18-CV-24594 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Rene Gutierrez
5555 EAST 8TH AVENUE
Hialeah, Florida 33013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   April S. Goodwin, Esq.
The Goodwin Firm
801 West Bay Dr. #705
Largo, FL 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date:  Jan 8, 2019

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| | |
|---|---|
| Elgin Hilliard, Sr.<br><br>*Plaintiff(s)*<br>v.<br>CITY OF HIALEAH, HIALEAH POLICE DEPARTMENT, SERGIO VELAZQUEZ, HIALEAH HOUSING AUTHORITY, MAIDA GUTIERREZ, & RENE GUTIERREZ<br>*Defendant(s)* | Civil Action No. 1:18-CV-24594 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Maida Gutierrez
75 East 6th Street
Hialeah, Florida 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  April S. Goodwin, Esq.
The Goodwin Firm
801 West Bay Dr. #705
Largo, FL 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 8, 2019

**SUMMONS**

Angela E. Noble
Clerk of Court

*s/ Doris Jones*  *rk*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Elgin Hilliard, Sr. *Plaintiff(s)* | ) ) ) ) ) ) ) |
| v. | ) ) Civil Action No. 1:18-CV-24594 |
| CITY OF HIALEAH, HIALEAH POLICE DEPARTMENT, SERGIO VELAZQUEZ, HIALEAH HOUSING AUTHORITY, MAIDA GUTIERREZ, & RENE GUTIERREZ *Defendant(s)* | ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Hialeah Police Department
5555 EAST 8TH AVENUE
Hialeah, Florida 33013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  April S. Goodwin, Esq.
The Goodwin Firm
801 West Bay Dr. #705
Largo, FL 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 8, 2019

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Elgin Hilliard, Sr.<br><br>*Plaintiff(s)*<br>v.<br>CITY OF HIALEAH, HIALEAH POLICE DEPARTMENT, SERGIO VELAZQUEZ in his official capacity, HIALEAH HOUSING AUTHORITY, MAIDA GUTIERREZ, in her official capacity, and<br>*Defendant(s)* | Civil Action No. 1:18-CV-24594 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CHIEF SERGIO VELAZQUEZ
5555 EAST 8TH AVENUE
Hialeah, Florida 33013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  April S. Goodwin, Esq.
The Goodwin Firm
801 West Bay Dr. #705
Largo, FL 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 8, 2019

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts