AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Elgin Hilliard, Sr. *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:18-CV-24594 |
| CITY OF HIALEAH, HIALEAH POLICE DEPARTMENT, SERGIO VELAZQUEZ, HIALEAH HOUSING AUTHORITY, MAIDA GUTIERREZ, & RENE GUTIERREZ *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Hialeah Police Department
C/O Mayor Carlos Hernandez
City Hall
C501 Palm Avenue
Hialeah, Florida 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  April S. Goodwin, Esq.
The Goodwin Firm
801 West Bay Dr. #705
Largo, FL 33770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 23, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts