UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24594-CIV-ALTONAGA/Goodman

**ELGIN HILLIARD, SR.**,

      Plaintiff,
v.

**CITY OF HIALEAH**, *et al.*,

      Defendants.
_____/

## ORDER STRIKING NOTICE OF UNAVAILABILITY

**THIS CAUSE** came before the Court on Plaintiff's Notice of Unavailability [ECF No. 34]. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize a notice of unavailability, and the Court is unwilling to undertake the responsibility of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. A blanket motion for continuance or extension of time and/or for protective order that does not refer to a specific deadline, hearing or a trial date is also inappropriate. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Notice of Unavailability **[ECF No. 34]** is **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of February, 2019.

                                                     _____
                                                     **CECILIA M. ALTONAGA**
                                                     **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record