UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-cv-24594- CIV-ALTONAGA/Goodman

ELGIN HILLIARD, SR.,

    Plaintiff,

v.

CITY OF HIALEAH, *et al*.,

    Defendants.

_____/

**DEFENDANTS, HIALEAH HOUSING AUTHORITY AND MAIDA GUTIERREZ'S, CERTIFICATE OF INTERESTED PARTIES AND <u>CORPORATE DISCLOSURE STATEMENT</u>**

    Defendants, HIALEAH HOUSING AUTHORITY and MAIDA GUTIERREZ, by and through their undersigned counsel and pursuant to this Court's Order dated February 1, 2019 [D.E. 30], hereby file their Certificate of Interested Parties and Corporate Disclosure Statement in this action, as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock and all other identifiable legal entities related to any party of this case:

    a. Elgin Hilliard, Sr., Plaintiff

    b. April S. Goodwin, Esq., The Goodwin Firm, Attorneys for Plaintiff

    c. Mayor Carlos Hernandez, City of Hialeah

    d. City of Hialeah, Defendant

    e. Sergio Velazquez, Defendant

    f.  Devang Desai, Esq., Gaebe, Mullen, Antonelli & DiMattero, Attorneys for Defendants, City of Hialeah and Sergio Velazquez

    g.  Rene Gutierrez

    h.  Hialeah Housing Authority, Defendant

    i.  Maida Gutierrez, Defendant

    j.  HAI Group-Insurance Carrier for Hialeah Housing Authority

    k.  Julio Ponce, Executive Director, Hialeah Housing Authority

    l.  Robert L. Switkes, Esq., Switkes & Zappala, P.A., Attorneys for Defendants, Hialeah Housing Authority and Maida Gutierrez

    m.  Bradley F. Zappala, Esq., Switkes & Zappala, P.A., Attorneys for Defendants, Hialeah Housing Authority and Maida Gutierrez

    n.  Maryjeanne Marrero, Esq., Switkes & Zappala, P.A., Attorneys for Defendants, Hialeah Housing Authority and Maida Gutierrez

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None known at this time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the credits' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None known at this time.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   None known at this time.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated this 28th day of February, 2019.

                              Respectfully submitted,

                              s/Robert L. Switkes
                              Florida Bar No.: 241059
                              rswitkes@switkeslaw.com
                              s/Bradley F. Zappala
                              Florida Bar No.: 111829
                              bzappala@switkeslaw.com
                              s/Maryjeanne Marrero
                              Florida Bar No.: 1011715
                              mmarrero@switkeslaw.com
                              **SWITKES & ZAPPALA, P.A.**
                              407 Lincoln Road, Penthouse SE
                              Miami, Beach, Florida 33139
                              Telephone: (305) 534-4757
                              Facsimile: (305) 538-5504
                              *Counsel for Defendants, Hialeah Housing Authority*
                              *and Maida Gutierrez*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of February, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Noticed of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Bradley F. Zappala
Bradley F. Zappala, Esq.

## SERVICE LIST
*Hilliard v. City of Hialeah, et al.*
**United States District Court, Southern District of Florida**
**Case No: 18-cv-24594-CIV-ALTONAGA/Goodman**

**April S. Goodwin, Esq.**
The Goodwin Firm
801 West Bay Dr., Suite 705
Largo, FL 33770
Email: april@goodwin-firm.com
*Attorney for Plaintiff, Elgin Hilliard Sr.*

**Devang Desai, Esq.**
Gabe, Mullen, Antonelli, & DiMatteo
420 South Dixie Highway, Third Floor
Coral Gables, FL 33146
Email: ddesai@gaebemullen.com
*Attorney for Defendants, City of Hialeah, and Sergio Velazquez*