UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 18 -24594-CIV-ALTONAGA/Goodman

**ELGIN HILLIARD, SR.**,

      Plaintiff,
v.

**CITY OF HIALEAH**, *et al.,*

      Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with **Rosa I. Rodriguez, Esq.** on **September 30, 2019, at 10:00 a.m**. at the offices of Salmon & Dulberg Dispute Resolution, 19 West Flagler St, Suite 620, in Miami, Florida.  The parties are reminded that a report of the mediation is due no later than seven (7) days after the mediation conference.

      **ENTERED** this 22nd day of March, 2019.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record