# EXHIBIT A

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### MIAMI-DADE District of Florida

Case Number: 1:18-CV-24594

Plaintiff:
**ELGIN HILLIARD, SR.**

vs.

Defendant:
**CITY OF HIALEAH, HIALEAH POLICE DEPARTMENT, SERGIO VELAZQUEZ, HIALEAH HOUSING AUTHORITY, MAIDA GUTIERREZ, AND RENE GUTIERREZ**

For:
April S. Goodwin, Esq.
THE GOODWIN FIRM
801 West Bay Dr.
# 705
Largo, FL

Received by Countywide Process Service on the 18th day of January, 2019 at 11:49 am to be served on **OFFICER RENE GUTIERREZ, 5555 EAST 8 AVENUE, HIALEAH, FL 33013**.

I, JOSEPH MARKER JR, do hereby affirm that on the **30th day of January, 2019** at **4:20 pm, I**:

**Non-Served** this **SUMMONS IN A CIVIL ACTION AND COMPLAINT** for reason detailed below.

**Additional Information pertaining to this Service:**
1/22/2019  11:30 am  Attempted service at 5555 EAST 8 AVENUE, HIALEAH, FL 33013, Per police liason they can't accept service on behalf of an individual police officer. Will need a home Address for this Defendant. They could not confirm if Defendant still works for the department.
1/24/2019  4:15 pm  Attempted service at ▇▇▇▇▇▇▇▇ AVENUE, HIALEAH, FL  33013, no one home, car in driveway, tag number ▇▇▇▇▇▇
1/28/2019  7:28 am  Attempted service at ▇▇▇▇▇▇ PLACE, SUNRISE, FL  33351-7228, No one home.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I am over the age of eighteen, and have no interest in the above action. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

JOSEPH MARKER JR
SPS 613

Countywide Process Service
& Investigations
12200 S.W. 132 Court, Suite 113
Miami, FL 33186
(305) 234-5858

Our Job Serial Number: JGR-2019001195

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2n