# EXHIBIT B

## RETURN OF NON-SERVICE

State of Florida                     County of                     **SOUTHERN DISTRICT OF FLORIDA**
                                                                                                    **Court**

Case Number: 1:18-CV-24594

PLAINTIFF:
**ELGIN HILLIARD, SR.**

vs.

DEFENDANT:
**THE HIALEAH HOUSING AUTHORITY, INC. AND RENE GUTIERREZ, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITY**

For:
APRIL S. GOODWIN, ESQUIRE
THE GOODWIN FIRM
801 W. BAY DRIVE, SUITE 705
Largo, FL 33770

Received by S & W PROCESS SERVICE on the 17th day of April, 2019 at 11:58 am to be served on **RENE GUTIERREZ, 75 EAST 6 STREET, Hialeah, FL 33010.**

I, FRANK TRUJILLO, do hereby affirm that on the **22nd day of April, 2019** at **11:15 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT at the address of 75 EAST 6 STREET, Hialeah, FL 33010** for the reason that I failed to find **RENE GUTIERREZ** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
4/18/2019  2:10 pm  Attempted service at 75 EAST 6 STREET, Hialeah, FL 33010, defendant was not in, spoke to Nicole Bates (General Counsel) who told me she didn't know when he was going to be back. Advised that they were closed for Good Friday.
4/22/2019  11:15 am  Attempted service at 75 EAST 6 STREET, Hialeah, FL 33010, defendant was not in. No further information was provided.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

_____
**FRANK TRUJILLO**
CPS #1284

**S & W PROCESS SERVICE**
**2801 N. FLORIDA AVE**
**TAMPA, FL 33602**
**(813) 251-9197**

Our Job Serial Number: SP3-0000280515
Ref: 280515

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0h

**Scanned with CamScanner**