# EXHIBIT C

# COMPLAINT/ARREST AFFIDAVIT

1100223831

| OBTS NUMBER | POLICE CASE NO. |
|---|---|
| 1306222374 | 2016017130 |

| SPECIAL OPERATION | FELONY [X] | MISD [X] | TRAFFIC | JUV | DV | MOVES | CIV INF | JAIL NO. | PID | COURT CASE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | WARRANT | | | FUGITIVE WARRANT | | In State | Out State | 160141781 | NO | F16010247 |

| IDS NO. | AGENCY CODE | MUNICIPAL P.D. DEF. ID NO. | MDPD RECORDS AND ID NO. | STUDENT ID NO. | GANG RELATED | FRAUD RELATED |
|---|---|---|---|---|---|---|
| 0821152 | 004 | | 0704134 | | NO | NO |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | ALIAS and / or STREET NAME | SIGNAL |
|---|---|---|
| HILLIARD, ELGIN CHARLES | | |

| DOB (MM/DD/YYYY) | AGE | RACE | SEX | HISPANIC / ETHNICITY | HEIGHT | WEIGHT | HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYES | GLASSES | FACIAL HAIR | TEETH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15/1974 | 41 | B | M | NO / AFR | 5'11 | 235 | BLK | LNG | DRE | BRO | NO | FUL | NOR |

| SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES | PLACE OF BIRTH (City, State/Country) |
|---|---|
| | FL US |

| LOCAL ADDRESS | PHONE | CITIZENSHIP |
|---|---|---|
| | | US |

| PERMANENT ADDRESS | (City) | (State) | (Zip) | PHONE | OCCUPATION |
|---|---|---|---|---|---|
| 1861 NW 69TH ST | MIAMI | FL | 33147 | | DISABLED |

| SCHOOL OR BUSINESS ADDRESS | (City) | (State) | (Zip) | PHONE | ADDRESS SOURCE |
|---|---|---|---|---|---|
| | | | | | DL |

| DRIVER'S LICENSE NUMBER/STATE | SOCIAL SECURITY NO. | WEAPON SEIZED | Defendant/CONCEALED WEAPON PERMIT | INDICATION OF: Alcohol Influence: N; Drug Influence: N |
|---|---|---|---|---|
| FL-H463203743354 | XXX-XX-XXXX | NO | NONE | |

| ARREST DATE | ARREST TIME | ARREST LOCATION | GRID |
|---|---|---|---|
| 05/17/2016 | 16:40 | 75 E 6TH ST HIALEAH, FL 33010 | 0913 |

| CO-DEFENDANT NAME | DOB | IN CUSTODY / AT LARGE | FELONY / DV | JUVENILE MISDEMEANOR |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHARGES | CHARGE AS | CNTS | FL STATUTE NUMBER | NO. OF INCT | CODE OF | LOR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 1. M/2-DISORDERLY CONDUCT/BREACH OF THE PEACE | F.S. | 1 | 877.03 | | | | N | |
| 2. F/3-ASSAULT/AGGRAVATED/POL OFF/FIREFTR/INT OFF/ATTEMPT | F.S. | 1 | 784.07(2)(C) | | | 0004130A | N | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |

On the 17 day of MAY 2016 16:20 75 E 6TH ST. HIALEAH, FL 33010

MR. HILLIARD CAME TO THE ABOVE ADDRESS BECAUSE HE IS ON A WAITING LIST FOR HOUSING AND HE WAS REQUESTED TO COME. WHILE INSIDE MS. HALPHEN SAID MR. HILLIARD BECAME BELLIGERENT ABOUT A TELEVISION SET TURNING OFF AND BEGAN ACCUSING HER OF BEING RACIALLY UNFAIR. MS. HALPHEN SAID MR. HILLIARD TOLD HER WAIT TO SEE WHAT WOULD HAPPEN TO HER ONCE SHE WENT OUTSIDE. MS. HALPHEN SAID MR. HILLIARDS ACTIONS MADE HER FEEL UNSAFE AND THEREFORE NOTIFIED ON DUTY AND STATIONED OFC. R. GUTIERREZ DOWN TO ESCORT MR. HILLIARD OFF THE PREMISES. MR. HILLIARD COMPLIED WITH OFC. GUTIERREZS INSTRUCTIONS AND ONCE OUTSIDE OFC. GUTIERREZ SAID MR. HILLIARD TOOK A COMBATIVE STANCE. MR. HILLIARD USES A CANE TO WALK AND HE LIFTED IT IN A THREATENING MANNER TOWARDS OFC. GUTIERREZ. OFC. GUTIERREZ IS ... [Continued on Next Page]

MORALES, M; Court ID: 004-01463

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 17 DAY OF MAY 2016

RAWLEY, W; Court ID: 004-01424

Page 1 of 2

| CBTS NUMBER | COMPLAINT/ARREST AFFIDAVIT CONTINUATION | POLICE CASE NO. |
|---|---|---|
| 1306222374 | | 2016017130 |

| JAIL NO | COURT CASE NO. |
|---|---|
| 160141781 | F16010247 |

| SPECIAL OPERATION | [X] FELONY [ ] WARRANT | [X] MISD | [ ] TRAFFIC | [ ] JUV | [ ] DV | [ ] MOVES [ ] FUGITIVE WARRANT [ ] In State [ ] Out State | [ ] CIV INF | JAIL NO 160141781 | PMHD NO | COURT CASE NO F16010247 |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | DOB (MM/DD/YYYY) |
|---|---|
| HILLIARD, ELGIN CHARLES | 09/15/1974 |

| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
|---|---|---|---|---|
| | | | | |

| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
|---|---|---|---|---|
| | | | | |

| # | CHARGES | CHARGE AS | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|---|
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |

IN UNIFORM CLEARLY DEPICTING HIM AS A LAW ENFORCEMENT OFFICER WITH A POLICE INSIGNIA ON THE FRONT OF HIS SHIRT AND A FULL DUTY BELT. MR. HILLIARD THEN DROPPED HIS CANE AND RAISED HIS ARMS, ACCORDING TO OFC. GUTIERREZ IN ANOTHER STANCE AS IF MR. HILLIARD WANTED TO FIGHT. AT THIS POINT OFC. GUTIERREZ TOOK OUT HIS CITY ISSUED TASER AND ASKED MR. HILLIARD TO CALM DOWN. MR. HILLIARD CONTINUED TO ACT BELLIGERENT AND CAUSED A SCENE ENOUGH FOR NEARBY PEDESTRIANS AND EMPLOYEES TO WATCH THE SCENE OUTSIDE THE BUSINESS DOORS. UPON MY ARRIVAL MR. HILLIARD WAS TAKEN INTO CUSTODY AND THEN TOLD HE WAS UNDER ARREST. MR. HILLIARD WAS TOLD, BY ME, HE WAS TRESPASSED FROM THE PREMISES. MR. HILLIARD WAS THEN TRANSPORTED TO JAIL, TGK.

MORALES, M: Court ID: 004-01463

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 17 DAY OF MAY 2016

RAWLEY, W: Court ID: 004-01424

Page 2 of 2