UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24594-CIV-ALTONAGA/Goodman

**ELGIN HILLIARD, SR.**,

    Plaintiff,
v.

**CITY OF HIALEAH**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On March 22, 2019, the Court entered an Order [ECF No. 53] scheduling mediation to take place on September 30, 2019. On October 7, 2019, a Mediation Report [ECF No. 77] was filed, indicating that Plaintiff, Elgin Hilliard, Sr., and a representative of Defendant, the City of Hialeah, were not present at the scheduled, court-ordered mediation. (*See id*.).

Accordingly, it is **ORDERED** that on or before **October 11, 2019**, the parties shall submit a proposed order re-scheduling mediation to take place prior to the **November 11, 2019** mediation deadline. (*See* Order Scheduling Trial [ECF No. 46] 2). All parties must appear at the re-scheduled mediation. Failure to comply with these instructions will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 9th day of October, 2019.

                                                    *[signature]*
                                                  **CECILIA M. ALTONAGA**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record