UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-24594-ALTONAGA/Goodman

ELGIN HILLIARD, SR.,

    Plaintiff,

v.

CITY OF HIALEAH, *et al.*,

    Defendants.
_____/

### DEFENDANT, HIALEAH HOUSING AUTHORITY'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

    Defendant, HIALEAH HOUSING AUTHORITY ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules Civil Procedure and S.D. Fla. L. R. 7.1(1)(j), hereby moves this Court, on an unopposed basis, for a ten (10) day extension of time for the Parties to file pretrial motions, and in support thereof state as follows:

1. On March 1, 2019, the Court entered its Scheduling Order in the above-captioned lawsuit. [D.E. 46].

2. Pursuant to the Court's Scheduling Order, the deadline for the Parties to file pre-trial motions is November 19, 2019. *Id*. at 2.

3. Defendant's counsel is working diligently to prepare a motion for summary judgment which Defendant believes will be dispositive of all pending claims in this matter.

4. Due to numerous deadlines and professional obligations, as well as the relative complexity of this civil rights matter, including a recently issued appellate opinion located by Defendant's counsel which applies to the pending claims in this case and requires substantial supplemental additions and revisions to Defendant's memorandum of law,

       Defendant requires a brief extension of time to adequately prepare and finalize said pretrial motion and associated memorandum of law.

5. In addition, Defendant's counsel is awaiting potentially relevant records subpoenaed in August 2019 from the Transportation Security Administration ("TSA"), which despite Defendant's consistent efforts since August, have been exceedingly difficult for Defendant to procure as a result of stringent TSA requirements, federal privacy laws, and TSA's difficulty in locating said records.

6. On November 13, 2019, a Supervisory Attorney Advisor for TSA contacted the undersigned and advised that the relevant records were determined to have been transferred to the National Personnel Records Center, and that a request would be made by TSA to procure the records for production from that source. Although the procurement of such records is a secondary concern and the import of such records to Defendant's dispositive motion is unknown at this time, Defendant asserts that the requested extension will serve the added purpose of providing for the possibility that the Parties will have the benefit of reviewing such records prior to filing their pretrial motions.

7. In compliance with S.D. Fla. L.R. 7.1(a)(3), the undersigned conferred with Plaintiff's counsel via electronic mail, who stated that Plaintiff has no opposition to the ten (10) day extension of time requested herein if it applies to all Parties.

8. As a result of the above, Defendant respectfully requests that this Court grant an extension of ten (10) days, up through and including November 29, 2019, for the Parties to file pretrial motions in this matter.

*Case No. 18-24594-ALTONAGA/Goodman*

9. Trial of this matter is not scheduled until the two-week period beginning March 2, 2020, and therefore the requested extension should not inhibit the Court's ability to fully evaluate pretrial motions in advance of trial.

10. The undersigned counsel certifies that this Motion is made in good faith, for no improper purpose or delay, and that no party hereto will be unduly prejudiced by the Court's granting of the relief sought herein.

11. A proposed Order granting the instant Motion is attached hereto as Exhibit "A".

**WHEREFORE**, based upon the foregoing, Defendant, HIALEAH HOUSING AUTHORITY respectfully requests that this Honorable Court enter an order: (1) granting the Parties a ten (10) day extension of time, up through and including **November 29, 2019**, to file pretrial motions in this matter; and (2) providing any and all other relief deemed just and proper.

### CERTIFICATE OF CONFERRAL PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that counsel for the movant has conferred with Plaintiff's counsel regarding the extension sought herein, who has indicated that Plaintiff has no objection thereto.

Dated this 19th day of November, 2019.

Respectfully submitted,

s/Robert L. Switkes
Robert L. Switkes, Esq.
Florida Bar No.: 241059
rswitkes@switkeslaw.com
**SWITKES & ZAPPALA, P.A.**
407 Lincoln Road, Penthouse SE
Miami, Beach, Florida 33139
Telephone: (305) 534-4757
Facsimile: (305) 538-5504
*Counsel for Defendant, Hialeah Housing Authority*

*Case No. 18-24594-ALTONAGA/Goodman*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of November, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Robert L. Switkes

*Case No. 18-24594-ALTONAGA/Goodman*

## SERVICE LIST
*Hilliard v. City of Hialeah, et al.*
**United States District Court, Southern District of Florida**
**Case No: 18-cv-24594- CIV-ALTONAGA/Goodman**

**April S. Goodwin, Esq.**
The Goodwin Firm
801 West Bay Dr.
Suite 705
Largo, FL 33770
Email: april@goodwin-firm.com
*Attorney for Plaintiff, Elgin Hilliard Sr.*