UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24594-CIV-ALTONAGA/Goodman

**ELGIN HILLIARD, SR.**,

      Plaintiff,
v.

**THE HIALEAH HOUSING AUTHORITY**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Elgin Hilliard, Sr.'s Motion *in Limine* to Preclude the Introduction of Character Evidence Regarding Plaintiff [ECF No. 84], filed November 29, 2019. Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party shall certify . . . counsel for the movant has made reasonable efforts to confer . . . which efforts shall be identified with *specificity* in the statement (including the date, time, and manner of each effort), but has been unable to do so.

*Id.* (alterations and emphasis added). The Rule further states "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction." *Id.* (alterations added).

The Motion states Plaintiff's counsel "was unable to confer with counsel for Defendant in a good faith effort to resolve the issues raised in the instant motion due to the Thanksgiving holiday." (Mot. 7). Aside from this reference to the Thanksgiving holiday, the Motion fails to

state what reasonable efforts, if any, were taken to confer with Defendant's counsel prior to the deadline for filing motions *in limine*.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion *in Limine* to Preclude the Introduction of Character Evidence Regarding Plaintiff **[ECF No. 84]** is **DENIED without prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of December, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record