UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24594-CIV-ALTONAGA/Goodman

**ELGIN HILLIARD, SR.**,

    Plaintiff,
v.

**CITY OF HIALEAH**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on the Joint Motion to Continue Trial and Pre-Trial Deadlines [ECF No. 104]. Finding no good cause for the requested continuance, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of January, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record