**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-24594-CIV-ALTONAGA/Goodman**

**ELGIN HILLIARD, SR.**,

    Plaintiff,

v.

**HIALEAH HOUSING AUTHORITY**,

    Defendant.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** came for trial before the Court and a jury, United States District Judge, Cecilia M. Altonaga, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is

**ORDERED AND ADJUDGED** that the Plaintiff shall take nothing and that the action is dismissed on the merits. This case is closed, and all pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 5th day of March, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record